RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RICHARD KLEIN,<br><br>　　　　　Defendant. | 2:14-CR-00068-001-APG (VCF)<br><br>RICHARD KLEIN'S SENTENCING MEMORANDUM |

## ORDER SEALING TWO EXHIBITS TO DEFENDANT'S SENTENCING MEMORANDUM (EXHIBITS B AND C)

The Court having considered the Defendant's Motion for an Order to Seal the Two Exhibits to Defendant's Sentencing Memorandum, and good cause appearing hereby,

**ORDERS** that the Defendant may submit the following two Exhibits to the Court under seal:

1. Exhibit B, Treatment Summary performed by John Pacult, LCSW;
2. Exhibit C- Medical Records of Diagnosis and Treatment of the Defendant;

**IT IS SO ORDERED.**

Dated this  20th  day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE