**FILED**

JUN 2 5 2014

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CR-068-APG-(VCF) |
| RICHARD ALAN KLEIN, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE AS TO RICHARD ALAN KLEIN

On March 21, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1), (a)(2), and (a)(3) forfeiting property of defendant RICHARD ALAL KLEIN to the United States of America. Criminal Information, ECF No. 3; Plea Agreement, ECF No. 6; Change of Plea, ECF No. 8; Preliminary Order of Forfeiture, ECF No. 10.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) AND Title 18, United States Code, Section 2253(a)(1), (a)(2), and (a)(3), that the Preliminary Order of Forfeiture (ECF No. 10), listing the following assets, is final as to defendant RICHARD ALAN KLEIN:

1. HP Pavilion Laptop, Serial Number CNF11105CV;
2. Blue Sandisk 4GB USB Thumb Drive;
3. Black Centon USB Thumb Drive;
4. Blue Dane 128MB USB Thumb Drive;

5. Lenovo Laptop, Serial Number CBU3475317;

6. Black Dell PC Tower, Serial Number GTSJFK1;

7. Black Denton USB Thumb Drive; and

8. Any visual depiction or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252A.

DATED this 25 day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE