UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:14-CR-068-APG-(VCF) |
| ) | |
| RICHARD ALAN KLEIN, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

On March 21, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1), (a)(2), and (a)(3) based upon the plea of guilty by defendant RICHARD ALAL KLEIN to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant RICHARD ALAN KLEIN pled guilty. Criminal Information, ECF No. 3; Plea Agreement, ECF No. 6; Change of Plea, ECF No. 8; Preliminary Order of Forfeiture, ECF No. 10.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 6, 2014, through July 5, 2014, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 21.

. . .

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1), (a)(2), and (a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. HP Pavilion Laptop, Serial Number CNF11105CV;

2. Blue Sandisk 4GB USB Thumb Drive;

3. Black Centon USB Thumb Drive;

4. Blue Dane 128MB USB Thumb Drive;

5. Lenovo Laptop, Serial Number CBU3475317;

6. Black Dell PC Tower, Serial Number GTSJFK1;

7. Black Denton USA Thumb Drive; and

8. Any visual depiction or any book, magazine, periodical , film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252A.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

Dated: August 11, 2014.

_____
UNITED STATES DISTRICT JUDGE